**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADAMS-BURCH, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:19-cv-1662 |
| ) | |
| v. ) | |
| ) | |
| DBGA, LLC, *et al*. ) | |
| ) | |
| Defendants. ) | |

## ANSWER

COMES NOW, Defendants, DBGA, LLC, Ilya Alter, and Dimitri Chekaldin, (collectively, "Defendants"), by and through undersigned counsel, hereby responds to the Complaint filed by Plaintiff Adams-Burch, LLC ("Plaintiff") as follows:

### I.   NATURE OF THE CLAIMS

1. Defendants deny the statements and allegations contained in Paragraph 1 of Plaintiff's Complaint.

### II.   PARTIES

2. Defendants are without information to admit or deny the statements and allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Upon information and belief, Defendants admit the statement and allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Upon information and belief, Defendants admit the statement and allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Upon information and belief, Defendants admit the statement and allegations contained in Paragraph 5 of Plaintiff's Complaint.

### III. JURISDICTION AND VENUE

6. Defendants incorporate by reference its responses to the preceding paragraphs.

7. Upon information and belief, Defendants admit the statement and allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Upon information and belief, Defendants admit the statement and allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Defendants are without information to admit or deny the statements and allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. The statements and allegations contained in Paragraph 10 of Plaintiff's Complaint constitute a legal conclusion to which no response is required.

11. The statements and allegations contained in Paragraph 11 of Plaintiff's Complaint constitute a legal conclusion to which no response is required.

### IV. FACTS

12. Defendants admit the statements and allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Defendants deny the statements and allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Defendants lack sufficient knowledge or information as to the statements and allegations contained in Paragraph 14 of Plaintiff's Complaint. Defendants further deny the statements and allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. With respect to the statements and allegations contained in Paragraph 15 of Plaintiff's Complaint, Defendants state that the referenced document speaks for itself.

Defendants further deny the statements and allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. With respect to the statements and allegations contained in Paragraph 16 of Plaintiff's Complaint, Defendants state that the referenced document speaks for itself.

17. With respect to the statements and allegations contained in Paragraph 17 of Plaintiff's Complaint, Defendants state that the referenced document speaks for itself.

18. Defendants admit the statements and allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. Defendants deny the statements and allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Defendants deny the statements and allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. With respect to the statements and allegations contained in Paragraph 21 of Plaintiff's Complaint, Defendants state that the referenced document speaks for itself.

22. Defendants deny the statements and allegations contained in Paragraph 22 of Plaintiff's Complaint.

23. Defendants deny the statements and allegations contained in Paragraph 23 of Plaintiff's Complaint.

24. Defendants deny the statements and allegations contained in Paragraph 24 of Plaintiff's Complaint.

25. Defendants deny the statements and allegations contained in Paragraph 25 of Plaintiff's Complaint.

26. Defendants deny the statements and allegations contained in Paragraph 26 of Plaintiff's Complaint.

27. Defendants deny the statements and allegations contained in Paragraph 27 of Plaintiff's Complaint.

## V.   CAUSES OF ACTION

28. The statements and allegations contained in Paragraph 28 of Plaintiff's Complaint constitute a legal conclusion to which no response is required.

### COUNT ONE
### Breach of Contract (Against DBGA)

29. Defendants incorporate by reference its responses to the preceding paragraphs.

30. Defendants deny the statements and allegations contained in Paragraph 30 of Plaintiff's Complaint.

31. Defendants deny the statements and allegations contained in Paragraph 31 of Plaintiff's Complaint.

32. Defendants deny the statements and allegations contained in Paragraph 32 of Plaintiff's Complaint.

33. Defendants deny the statements and allegations contained in Paragraph 33 of Plaintiff's Complaint.

### COUNT TWO
### Fraud (Against All Defendants)

34. Defendants incorporate by reference its responses to the preceding paragraphs.

35. Defendants deny the statements and allegations contained in Paragraph 35 of Plaintiff's Complaint.

36. Defendants deny the statements and allegations contained in Paragraph 36 of Plaintiff's Complaint.

37. Defendants deny the statements and allegations contained in Paragraph 37 of Plaintiff's Complaint.

38. Defendants deny the statements and allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. Defendants deny the statements and allegations contained in Paragraph 39 of Plaintiff's Complaint.

40. Defendants deny the statements and allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. Defendants deny the statements and allegations contained in Paragraph 41 of Plaintiff's Complaint.

## COUNT THREE
### Negligent Misrepresentation and Constructive Fraud (Against All Defendants)

42. Defendants incorporate by reference its responses to the preceding paragraphs.

43. Defendants deny the statements and allegations contained in Paragraph 43 of Plaintiff's Complaint.

44. Defendants deny the statements and allegations contained in Paragraph 44 of Plaintiff's Complaint.

45. Defendants deny the statements and allegations contained in Paragraph 45 of Plaintiff's Complaint.

46. Defendants deny the statements and allegations contained in Paragraph 46 of Plaintiff's Complaint.

47. Defendants deny the statements and allegations contained in Paragraph 47 of Plaintiff's Complaint.

48. Defendants deny the statements and allegations contained in Paragraph 48 of Plaintiff's Complaint.

## COUNT FOUR
### Unjust Enrichment (Against All Defendants)

49. Defendants incorporate by reference its responses to the preceding paragraphs.

50. Defendants deny the statements and allegations contained in Paragraph 50 of Plaintiff's Complaint.

51. Defendants deny the statements and allegations contained in Paragraph 51 of Plaintiff's Complaint.

52. Defendants deny the statements and allegations contained in Paragraph 52 of Plaintiff's Complaint.

53. Defendants deny the statements and allegations contained in Paragraph 53 of Plaintiff's Complaint.

## COUNT FIVE
### Civil Conspiracy to Commit Fraud (Against All Defendants)

54. Defendants incorporate by reference its responses to the preceding paragraphs.

55. Defendants deny the statements and allegations contained in Paragraph 55 of Plaintiff's Complaint.

56. Defendants deny the statements and allegations contained in Paragraph 56 of Plaintiff's Complaint.

57. Defendants deny the statements and allegations contained in Paragraph 57 of Plaintiff's Complaint.

58.     Defendants deny the statements and allegations contained in Paragraph 58 of Plaintiff's Complaint.

## COUNT SIX
### Aiding and Abetting Fraud (Against All Defendants)

59.     Defendants incorporate by reference its responses to the preceding paragraphs.

60.     Defendants deny the statements and allegations contained in Paragraph 60 of Plaintiff's Complaint.

61.     Defendants deny the statements and allegations contained in Paragraph 61 of Plaintiff's Complaint.

### VI.     REQUEST FOR RELIEF

62.     In response to the statements and allegations contained in Paragraph 62, of Plaintiff's Complaint, Defendants state that Plaintiff is entitled to no relief whatsoever.

### AFFIRMATIVE DEFENSES

1.      Defendants deny any and all allegations not specifically admitted.

2.      Defendants reserve the right to test the legal sufficiency of Plaintiff's Complaint.

3.      Defendants reserve the right to assert that Plaintiff's claims are or may be barred cumulatively, or in the alternative, by the doctrines of estoppel, waiver, ratification, accord and satisfaction, and/or unclean hands.

4.      Defendants reserve the right to assert that Plaintiff's claims are barred based upon its own wrongful conduct and/or negligence.

5.      Defendants reserve the right to assert that Plaintiff assert claims against an entity and/or person with no liability for the actions at issue.

6.      Defendants reserve the right to assert that Plaintiff's claims are barred because Plaintiff has not been damaged.

7. Defendants reserve the right to assert that Plaintiff's claims are or may be barred because the Defendants fully discharged any legal obligations to Plaintiff.

8. Defendants reserve the right to raise any and all defenses available in law or in fact that may be revealed through discovery or at trial.

WHEREFORE, Defendants respectfully request that this Court issue an order:

1. Dismissing Plaintiff's Complaint with prejudice;

2. Awarding Defendants its attorney's fees and costs incurred in defending this action; and

3. Granting Defendants any other and further relief this Court deems just and appropriate.

Respectfully Submitted,

THE VERITAS LAW FIRM

　/s/ Scott H. Rome　　　　　
Scott H. Rome, Esq. [476677]
Christopher L. LaFon, Esq. [483740]
Anna R. Margolis, Esq. [1043917]
THE VERITAS LAW FIRM
1225 Nineteenth Street, NW, Suite 320
Washington, DC 20036
Phone:  (202) 686-7600
Fax:     (202) 293-3130
srome@theveritaslawfirm.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

   I hereby certify that I caused a copy of the foregoing Answer to be served on the 19th day of July, 2019 upon counsel for Plaintiff via this Court's online filing system:

Clarence Y. Lee
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC 20006
Clarence.lee@saul.com

                    /s/ Scott H. Rome\_\_\_\_
                   Scott H. Rome, Esq.