**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ADAMS-BURCH, LLC,**<br><br>    Plaintiff<br><br>    v.<br><br>**DBGA LLC,** *et al.***,**<br><br>    Defendants. | Case No. 1:19-cv-01662 (TNM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Adams-Burch, LLC and Defendants DBGA, LLC, Ilya Alter, and Dimitri Chekaldin, comprising all parties to this action, hereby stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew J. Antonelli* | *Scott H. Rome – with permission* |
| Clarence Y. Lee, Bar No. 494290 | Scott H. Rome, Bar No. 476677 |
| clarence.lee@saul.com | srome@theveritaslawfirm.com |
| Matthew J. Antonelli, Bar No. 1025587 | Anna R. Margolis, Bar No. 1043917 |
| matt.antonelli@saul.com | amargolis@theveritaslawfirm.com |
| SAUL EWING ARNSTEIN & LEHR LLP | THE VERITAS LAW FIRM |
| 1919 Pennsylvania Avenue NW, Suite 550 | 1225 Nineteenth Street, NW, Suite 320 |
| Washington, D.C. 20006 | Washington, DC 20006 |
| (202) 295-6614 (T) | (202) 686-7600 (T) |
| (202) 295-6721 (F) | (202) 293-3130 (F) |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2019, I filed the foregoing via ECF, which caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** to be delivered to all counsel of record.

                                                                     */s/ Matthew J. Antonelli*
                                                                      Matthew J. Antonelli